JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FEHRENBACHER,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., HINES INTERESTS LIMITED PARTNERSHIP, HINES SACRAMENTO WELLS FARGO CENTER GP LLC, HINES SACRAMENTO WELLS FARGO CENTER LP, and DOES 1-5, inclusive,<br><br>　　　Defendants. | CASE NO.    2:13-CV-00869-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME OF DEFENDANT WELLS FARGO BANK, N.A. TO FILE ANSWER TO COMPLAINT; ORDER THEREON**<br><br><br><br>Complaint filed: May 3, 2013 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Steve Fehrenbacher ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Defendant") that the deadline be extended for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including the date of July 8, 2013.

Date: June 20, 2013                    HUMPHREY LAW GROUP


                                       By:_____/s/ Russell S. Humphrey_____
                                       RUSSELL S. HUMPHREY, ESQ.
                                       Attorneys for Plaintiff STEVE FEHRENBACHER

- 1 -   STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE ANSWER  CASE NO. 13 CV 00869-MCE-CKD

SF 1487198v1

| | | |
|---|---|---|
| 1 | Date:  June 20, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 2 | | MARTIN H. ORLICK |
| | | MATTHEW S. KENEFICK |
| 3 | | By */s/ Martin H. Orlick* |
| 4 | | MARTIN H. ORLICK, ESQ. |
| | | Attorney for Defendant WELLS FARGO BANK, N.A. |

**ORDER**

IT IS SO ORDERED:

DATED:  June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -   STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE ANSWER  CASE NO. 13 CV 00869-MCE-CKD

SF 1487198v1