1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
2  MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:     (415) 398-8080
4  Facsimile:     (415) 398-5584

5  THOMAS O. JACOB SBN 125665 tojacob@wellsfargo.com
   WELLS FARGO & CO.
6  Office of General Counsel
   MAC A0194-266
7  45 Fremont Street, 26th Floor
   San Francisco, CA 941-105
8  Telephone: (415) 396-4425
   Facsimile: (415) 975-7864

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FEHRENBACHER,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., HINES INTERESTS LIMITED PARTNERSHIP, HINES SACRAMENTO WELLS FARGO CENTER GP LLC, HINES SACRAMENTO WELLS FARGO CENTER LP, and DOES 1-5, inclusive,<br><br>  Defendants. | CASE NO.     2:13-CV-00869-MCE-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME OF DEFENDANT WELLS FARGO BANK, N.A. TO FILE ANSWER TO COMPLAINT; ORDER THEREON**<br><br>Complaint filed: May 3, 2013 |

IT IS HEREBY STIPULATED by and between Plaintiff, Steve Fehrenbacher ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Defendant") that the deadline be extended for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including the date of July 22, 2013.

- 1 -   SECOND STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE ANSWER
CASE NO. 13 CV 00869-MCE-CKD

SF 1491198v1

1 | Date: July 8, 2013 | HUMPHREY LAW GROUP

By: */s/ Russell S. Humphrey*
RUSSELL S. HUMPHREY, ESQ.
Attorneys for Plaintiff STEVE FEHRENBACHER

Date: July 8, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK
MATTHEW S. KENEFICK

By */s/ Martin H. Orlick*
MARTIN H. ORLICK, ESQ.
Attorney for Defendant WELLS FARGO BANK, N.A.

**ORDER**

IT IS SO ORDERED.

Dated: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -   SECOND STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE ANSWER
CASE NO. 13 CV 00869-MCE-CKD

SF 1491198v1