Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff Steve Fehrenbacher

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE FEHRENBACHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO, N.A., ET AL.,<br><br>　　　　Defendants. | **2:13-CV-00869-MCE-CKD**<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO, N.A. ONLY; ORDER**<br><br>Complaint Filed: 5/3/13<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

　　　PLAINTIFF, Steve Fehrenbacher, through counsel Russell S. Humphrey, hereby requests an order dismissing, with prejudice, DEFENDANT Wells Fargo, N.A., from the above entitled action. PLAINTIFF'S request is made pursuant to FRCP 41 (a)(2).  This case is to remain open as to the remaining Defendants. PLAINTIFF requests a dismissal because further investigation revealed PLAINTIFF had a low likelihood of success against DEFENDANT Wells Fargo, N.A.

2:13-CV-00869-MCE-CKD
Request for Dismissal and Order　　　- 1 -

Dated:  August 2, 2013

                         Humphrey Law Group

                         /s/ Russell S. Humphrey
                         By: RUSSELL S. HUMPRHEY
                         Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**  Defendant Wells Fargo, N.A., is hereby DISMISSED from the above-entitled action with prejudice.

Dated:  August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT